574

opinion filed November 16, 1948; released for publication December 2, 1948. Frederick W. Turner, Jr., for appellant; Edward I. De Bolt, of counsel; Perlman, Goodman, Hecht & Chesler, for appellees; Theodore E. Rein and Bernard T. Hecht, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

## Frank J. Cantow, Appellant, v. Louise Foute, Appellee.

### Gen. No. 44,183.

opinion filed November 16, 1948; released for publication December 2, 1948. Louis J. Victor, for appellant; Charles D. Snewind, of counsel; John O. Wagner, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.

## Mrs. Joseph Huntscha, Appellee, v. Laurence O'Donnell, Appellant.

### Gen. No. 44,194.

opinion
filed November 16, 1948; released for publication December 2, 1948. McCarthy, Witry, Lyon & McCarthy, for appellant; Emmett J. McCarthy, George R. Lyon and Gregory J. Scheurich, of counsel; Emil Rissman, for appellee; Harold L. Lipton, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

## People of State of Illinois, Defendant in Error, v. Harry. Raddatz, Plaintiff in Error.

### Gen. No. 44,273.

opinion
filed November 16, 1948; released for publication December 2, 1948. Frank A. McDonnell and Darrow, Smith & Carlin, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.